

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00425-CR

Jose Alfredo **ESCAMILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1996CR1275
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: August 7, 2019

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order denying his motion for judgment nunc pro tunc. This court does not have jurisdiction to consider an appeal from an order denying a motion for judgment nunc pro tunc. *See Flores v. State*, No. 04-19-00329-CR, 2019 WL 2784001, at *1 (Tex. App.—San Antonio July 3, 2019, no pet. h.); *Brown v. State*, No. 03-19-00056-CR, 2019 WL 1051856, at *1 (Tex. App.—Austin Mar. 6, 2019, no pet.).

By order dated July 8, 2019, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On July 29, 2019, appellant's attorney filed a

written response conceding this court lacks jurisdiction to consider this appeal. Because this court does not have jurisdiction to consider an appeal from an order denying a motion for judgment nunc pro tunc, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH